UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR COMMUNITY BANK OF NEVADA, ) ) ) ) Plaintiff, ) ) vs. ) ) 26 FLAMINGO, LLC, *et al.*, ) ) Defendant. ) ) | 2:11-cv-1936JCM-RJJ **ORDER** |

     IT IS HEREBY ORDERED that the parties shall file joint Interim Discovery Status Reports on May 11, 2012, and July 13, 2012.

     IT IS FURTHER ORDERED that the joint Interim Discovery Status Reports shall contain the following:

     1.    Shall identify the discovery that has been completed;

     2.    Shall identify the discovery that remains outstanding;

     3.    Shall identify any pending discovery motions; and,

     4.    Shall detail all attempts to settle the case.

DATED this __24th__ day of February, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge