1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

8   FEDERAL DEPOSIT INSURANCE        2:11-CV-1936 JCM (RJJ)
    CORPORATION,
9
            Plaintiff,
10
11  v.

12  26 FLAMINGO, LLC., et al.,

13          Defendants.

14

15                              **ORDER**

16          Presently before the court is defendant Outback Steakhouse of Florida, LLC's motion to

17  dismiss.  (Doc. #18).  Plaintiff, the Federal Deposit Insurance Corporation, failed to file an

18  opposition.

19          Defendant moves to dismiss this case pursuant to Federal Rule of Civil Procedure 12(b)(6).

20  (Doc. #18).  Specifically, defendant asserts that "[b]y its own language, [p]laintiff's [c]omplaint

21  clearly establishes that [defendant] has relinquished all property rights relating to the land and any

22  covenants which may or may not run with it.  As such, no declaratory judgment could properly be

23  issued against [defendant], and this case, as pled against [defendant] must be dismissed."  (Doc.

24  #18).

25          Pursuant to Nevada Local Rule 7-2(d), "the failure of an opposing party to file points and

26  authorities in response to any motion shall constitute a consent to the granting of the motion."

27  However, the court will not automatically grant every unopposed motion.  In *Ghazali v. Moran*, 46

28

**James C. Mahan**
**U.S. District Judge**

1   F.3d 52, 53 (9th Cir. 1995), the Ninth Circuit held that the court had to weigh the following factors

2   before dismissing the action: (1) the public's interest in expeditious resolution of litigation; (2) the

3   court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy

4   favoring disposition of cases of their merits; and (5) the availability of less drastic sanctions.

5          Plaintiff failed to oppose the motion to dismiss, and the court further finds that the *Ghazali*

6   factors weigh in favor of dismissing the action as to this defendant. *Ghazali*, 46 F.3d at 53; *see also*

7   LR 7-2(d).

8          Accordingly,

9          IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant Outback

10  Steakhouse of Florida, LLC's motion to dismiss (doc. #18) be, and the same hereby is, GRANTED.

11         DATED March 22, 2012.

12

13

14  _____
    **UNITED STATES DISTRICT JUDGE**

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**James C. Mahan**
**U.S. District Judge**                                              - 2 -