1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**James C. Mahan
U.S. District Judge**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

FEDERAL DEPOSIT INSURANCE CORPORATION,

        Plaintiff,

v.

26 FLAMINGO, LLC., et al.,

        Defendants.

2:11-CV-1936 JCM (RJJ)

**ORDER**

Presently before the court is defendant Outback Steakhouse of Florida, LLC's motion to dismiss. (Doc. #18). Plaintiff, the Federal Deposit Insurance Corporation, failed to file an opposition.

Defendant moves to dismiss this case pursuant to Federal Rule of Civil Procedure 12(b)(6). (Doc. #18). Specifically, defendant asserts that "[b]y its own language, [p]laintiff's [c]omplaint clearly establishes that [defendant] has relinquished all property rights relating to the land and any covenants which may or may not run with it. As such, no declaratory judgment could properly be issued against [defendant], and this case, as pled against [defendant] must be dismissed." (Doc. #18).

Pursuant to Nevada Local Rule 7-2(d), "the failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion." However, the court will not automatically grant every unopposed motion. In *Ghazali v. Moran*, 46

F.3d 52, 53 (9th Cir. 1995), the Ninth Circuit held that the court had to weigh the following factors before dismissing the action: (1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring disposition of cases of their merits; and (5) the availability of less drastic sanctions.

Plaintiff failed to oppose the motion to dismiss, and the court further finds that the *Ghazali* factors weigh in favor of dismissing the action as to this defendant. *Ghazali*, 46 F.3d at 53; *see also* LR 7-2(d).

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant Outback Steakhouse of Florida, LLC's motion to dismiss (doc. #18) be, and the same hereby is, GRANTED.

DATED March 22, 2012.

_____
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**