GLENN F. MEIER, ESQ.
Nevada Bar No. 006059
gmeier@nvbusinesslawyers.com
PETER E. DUNKLEY, ESQ.
Nevada Bar No. 011110
pdunkley@nvbusinesslawyers.com
**MEIER & FINE, LLC**
2300 West Sahara Avenue, Suite 1150
Las Vegas, Nevada 89102
Telephone: (702) 673-1000
Facsimile: (702) 673-1001

*Attorneys for Federal Deposit Insurance Corporation as receiver for Community Bank of Nevada*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

-o0o-

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR COMMUNITY BANK OF NEVADA, <br><br> Plaintiff, <br><br> vs. <br><br> 26 FLAMINGO, LLC, OUTBACK STEAKHOUSE OF FLORIDA, LLC, A FOREIGN LIMITED LIABILTY COMPANY, DOE INDIVIDUALS 1 through 10; and ROE CORPORATIONS 1 through 10, <br><br> Defendants. | Case No.: 2:11-cv-1936-JCM-RJJ <br><br> **ERRATA TO STIPULATION AND ORDER [DKT. 34]** |

COMES NOW Plaintiff Federal Deposit Insurance Corporation, as Receiver for Community Bank of Nevada ("FDIC") by and through its attorneys of record, and Defendant 26 Flamingo, LLC, ("26 Flamingo") by and through its attorneys of record, and hereby stipulate, pursuant to LR-6-2, 7-1 to the following and file this Errata to Docket 34 to correct the deadline of May 28, 2012 as that is a Court holiday:

1. The FDIC shall have until **May 29, 2012** to file its Reply to 26 Flamingo's Response (Dkt. 29).

2. 26 Flamingo shall have until June 15, 2012 to file its Reply to the FDIC's Response to 26 Flamingo's Countermotion for Summary Judgment (Dkt. 30).

File No.: 1541.038

MEIER & FINE, LLC
2300 West Sahara Avenue, Suite 430
Las Vegas, Nevada 89102
Tel: (702) 673-1000
Fax: (702) 673-1001

| Dated:  May 18, 2012. | Dated: May 18, 2012. |
|---|---|
| /s/  Peter E. Dunkley<br>By: _____<br>GLENN F. MEIER, ESQ.<br>Nevada Bar No. 006059<br>PETER E. DUNKLEY, ESQ.<br>Nevada Bar No. 011110<br>2300 West Sahara Avenue, Suite 1150<br>Las Vegas, Nevada  89102<br>*Attorneys for Plaintiff* | /s/  Joel Z. Schwarz<br>By:_____<br>ERIC OLSEN, ESQ.,<br>Nevada Bar No. 3127<br>JOEL Z. SCHWARZ, ESQ.<br>Nevada Bar No. 9181<br>DYLAN T. CICILIANO, ESQ.<br>Nevada Bar No. 12348<br>GORDON SILVER<br>3960 Howard Hughes Pkwy., 9th Floor<br>Las Vegas, Nevada  89169<br><br>GLENN WARD CALSADA, ESQ.<br>California Bar No. 134589<br>LAW OFFICES OF GLENN WARD CALSADA<br>9924 Reseda Boulevard<br>Northridge, California 91324<br><br>KIRK B. LENHARD, ESQ.<br>Nevada Bar No. 1437<br>ALISA NAVE-WORTH, ESQ.<br>Nevada Bar No. 9272<br>BROWNSTEIN HYATT FARBER SCHRECK, LLP<br>100 North City Parkway, Suite 1600<br>Las Vegas, Nevada  89106<br><br>Attorneys for Defendant/Counterclaimant 26 Flaming, LLC |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: May 18, 2012
_____

File No.: 1541.038

- 2 -