UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, etc., <br><br> Plaintiff, <br><br> vs. <br><br> 26 FLAMINGO, LLC, *et al.*, <br><br> Defendant. | 2:11-cv-1936-JCM-RJJ <br><br> **ORDER** |

IT IS HEREBY ORDERED that the parties shall file a joint Interim Discovery Status Report on September 28, 2012.

IT IS FURTHER ORDERED that the joint Interim Discovery Status Report shall contain the following:

1. Shall identify the discovery that has been completed;
2. Shall identify the discovery that remains outstanding;
3. Shall identify any pending discovery motions; and,
4. Shall detail all attempts to settle the case.

DATED this __7th__ day of August, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge