UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, etc., ) ) | |
| ) Plaintiff, ) | 2:11-cv-1936-JCM-RJJ |
| ) vs. ) | |
| ) 26 FLAMINGO, LLC, *et al*., ) | **ORDER** |
| ) Defendant. ) ) | |

IT IS HEREBY ORDERED that the parties shall file a joint Interim Discovery Status Report on September 28, 2012.

IT IS FURTHER ORDERED that the joint Interim Discovery Status Report shall contain the following:

1.   Shall identify the discovery that has been completed;

2.   Shall identify the discovery that remains outstanding;

3.   Shall identify any pending discovery motions; and,

4.   Shall detail all attempts to settle the case.

DATED this _7th_ day of August, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge