# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, <br><br> Plaintiff, <br><br> vs. <br><br> 26 FLAMINGO, LLC, et al., <br><br> Defendants. | Case No. 2:11-cv-01936-JCM-NJK <br><br> ORDER |

Pending before the Court is a joint status report indicating that the parties are finalizing their settlement of this matter. The parties are hereby **ORDERED** to file their dismissal papers no later than November 1, 2013.

IT IS SO ORDERED.

DATED: October 2, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge