GLENN F. MEIER, ESQ.
Nevada Bar No. 006059
gmeier@nvbusinesslawyers.com
PETER E. DUNKLEY, ESQ.
Nevada Bar No. 011110
pdunkley@nvbusinesslawyers.com
**MEIER & FINE, LLC**
2300 West Sahara Avenue, Suite 1150
Las Vegas, Nevada  89102
Telephone: (702) 673-1000
Facsimile: (702) 673-1001

*Attorneys for Federal Deposit Insurance Corporation
as receiver for Community Bank of Nevada*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

-o0o-

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR COMMUNITY BANK OF NEVADA,<br><br>Plaintiff,<br><br>vs.<br><br>26 FLAMINGO, LLC, OUTBACK STEAKHOUSE OF FLORIDA, LLC, A FOREIGN LIMITED LIABILTY COMPANY,  DOE INDIVIDUALS 1 through 10; and ROE CORPORATIONS 1 through 10,<br><br>Defendants. | Case No.:  2:11-cv-1936-JCM-NJK<br><br>**STIPULATION AND ORDER DISMISSING CASE** |

**WHEREAS**, Plaintiff Federal Deposit Insurance Corporation, as Receiver for Community Bank of Nevada ("FDIC"), and Defendant 26 Flamingo, LLC, ("26 Flamingo") have entered into a Mutual Settlement Agreement and Release,  and the terms of the Mutual Settlement Agreement and Release having been satisfied, except for effectuating the mutually agreed upon dismissal of this case;

**IT IS HEREBY STIPULATED** between the FDIC, by and through its attorneys of record, and 26 Flamingo, by and through its attorneys of record, pursuant to LR-6-2, 7-1, and Fed. R. Civ. P. 41(a)(1), that this case shall be dismissed, with prejudice, each party bearing its own fees and costs.

File No.: 1541.038

| Dated: October 17, 2013. | Dated: October , 2013. |
|---|---|
| /s/ *Peter E. Dunkley*<br>By: _____<br>GLENN F. MEIER, ESQ.<br>Nevada Bar No. 006059<br>PETER E. DUNKLEY, ESQ.<br>Nevada Bar No. 011110<br>MEIER & FINE, LLC<br>2300 West Sahara Avenue, Suite 1150<br>Las Vegas, Nevada 89102<br>*Attorneys for Plaintiff* | /s/ *Joel Z. Schwarz*<br>By:_____<br>ERIC OLSEN, ESQ.,<br>Nevada Bar No. 3127<br>JOEL Z. SCHWARZ, ESQ.<br>Nevada Bar No. 9181<br>DYLAN T. CICILIANO, ESQ.<br>Nevada Bar No. 12348<br>GORDON SILVER<br>3960 Howard Hughes Pkwy., 9th Floor<br>Las Vegas, Nevada 89169<br><br>GLENN WARD CALSADA, ESQ.<br>California Bar No. 134589<br>LAW OFFICES OF GLENN WARD CALSADA<br>9924 Reseda Boulevard<br>Northridge, California 91324<br><br>KIRK B. LENHARD, ESQ.<br>Nevada Bar No. 1437<br>ALISA NAVE-WORTH, ESQ.<br>Nevada Bar No. 9272<br>BROWNSTEIN HYATT FARBER SCHRECK, LLP<br>100 North City Parkway, Suite 1600<br>Las Vegas, Nevada 89106<br><br>Attorneys for Defendant/Counterclaimant 26 Flaming, LLC |

**IT IS SO ORDERED**:

_____
UNITED STATES DISTRICT JUDGE

DATED:\_\_\_\_October 18, 2013_____

File No.: 1541.038